IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN: KEVIN J. CLIFTON
    JULIETTE C. CLIFTON

CHAPTER 13 NO. 08-50372-ERG

### AGREED ORDER EXTENDING OBJECTION DEADLINES

THIS MATTER having come on for hearing this date on Motion, ore tenus by The Estate of Argie B. Burstein, by and through its Attorney, William P. Wessler, for an order extending the deadline for objections pursuant to §523 of the Bankruptcy Code, and the Court being advised that the parties have agreed, and the Court further being fully advised in the premises finds that the deadline for the filing of complaints pursuant to §523 of the Bankruptcy Code in this case by said creditor should be, and hereby is extended to TUESDAY, ~~December 23, 2008~~ JUNE 30, 2009.

SO ORDERED AND ADJUDGED:

APPROVED AS TO FORM AND CONTENT:

_____
WILLIAM P. WESSLER
ATTORNEY FOR MOVANT

_____
HON. WARREN A. CUNTZ, JR.
TRUSTEE

_____
HON. DAVID L. LORD
ATTORNEY FOR DEBTOR