# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

IN RE:  KEVIN & JULIETTE CLIFTON                    CHAPTER 13
                                                    CASE NO. 08-50372 NPO

## TRUSTEE'S CONFIRMATION RECOMMENDATION

The Chapter 13 Trustee recommends that the Chapter 13 plan (Dk. 5) filed by the above-referenced Debtor(s) be confirmed.  The plan proposes:

| | |
|---|---|
| A Plan Payment of: | $591.00 per month for 14 months, increasing to $1,604.00 per month for 46 months commencing with 6/09 plan payment. |
| A Plan Term of: | 60 months |
| An Unsecured Percentage of: | 36% |
| Attorneys Fees (Inside Plan) of: | $1,780.00 |

Trustee Notes:    Plan notated to reflect Court Orders (Dk. 31 & 63).

Respectfully Submitted this the **21st** day of **May, 2009**.

/s/
WARREN A. CUNTZ, JR.
STANDING CHAPTER 13 TRUSTEE

## CHAPTER 13 PLAN
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI    CASE NO.: _____

Debtor __Kevin J. Clifton, Jr.__    SS# XXX-XX-__7428__    Current Monthly Income $_____-0-_____
Joint Debtor __Juliette C. Clifton__    SS# XXX-XX-__4340__    Current Monthly Income $__2,741.56__
Address __17113 Lowery Rd., Gulfport, MS 39503__    No. Of Dependents __5__
Phone # __228-831-4932__

Any Federal or State Tax Refund (including Earned Income Credit) that exceeds the exemption to which the Debtor is/are entitled shall be transmitted to the Chapter 13 Trustee for application to any unsecured claims and, if paid in full, to the base amount of the plan.

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must filed a proof of claim to be paid under any plan that my be confirmed, and the treatment of all secured/priority debts must be provided for in this plan.

### PAYMENT AND LENGTH OF PLAN

The plan period shall be for a period of ___60___ Months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed, or the recipient of government benefits.
(A) Debtor will pay $__591.00 *__ Per(monthly/semi-monthly/ weekly/ bi-weekly) to the Chapter 13 Trustee. A payroll deduction order will be issued to Debtor's employer    @: __Debtor__
*FOR 14 MONTHS. INCREASE TO $1604 P/MO FOR REMAINING 46 MOS COMMENCING W/ 6/09 PLAN PAYMENT.

(B) Joint Debtor will pay $__N/a__ Per(monthly/semi-monthly/ weekly/ bi-weekly) to the Chapter 13 Trustee.
A payroll deduction order will be issued to Debtor's employer    @: _____

**PRIORITY CREDITORS.** Filed claims that are not disallowed to be paid in full: IRS $__n/a__
State Tax Commission $__n/a__    Other $__n/a__

DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO: _____

beginning _____ In the amount of $_____ Per month shall be paid:
_____ Direct _____ Through payroll deduction _____ Through the plan.

PREPETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO: __n/a__

In the amount of $_____ Shall be paid:
_____ Through payroll deduction _____ Through the plan.

### HOME MORTGAGE(S)

MTG PMTS TO: __N/a__        BEGINNING _____ @ $_____ ( )PLAN ( ) DIRECT
MTG PMTS TO: _____    BEGINNING _____ @ $_____ ( )PLAN ( ) DIRECT
MTG PMTS TO: _____    BEGINNING _____ @ $_____ ( )PLAN ( ) DIRECT
MTG ARREARS TO: _____    THROUGH _____ $_____

Debtor's Initials /KJC/    Joint Debtor's Initials /J/        CHAPTER 13 PLAN, PAGE 1 OF __2__

**SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(I) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt To be Paid" or pursuant to Order of the Court. That portion of the claim not paid as secured shall be paid as an unsecured claim.

| Creditor's Name | Collateral | Approx. Amt. Owed | Value | Intrst. Rate | Proposed Treatment |
|---|---|---|---|---|---|
| Hancock Bank | '04 Chevy Venture | $11,702.00 | $6,350.00 | 12% | Pay balance + 12% int. @ 260.30 MO. |
| Hancock Bank | '04 Chevy S-10 | $10,854.00 | $13,000.00 | 12% | Pay balance + 12% int. @ 241.44 MO. |

**SPECIAL CLAIMANTS.** (Co-Signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| Creditors Name | Collateral or Type of Debt | Approx. Amt. Owed | Proposal to Be Paid |
|---|---|---|---|
| Crown Resort | Timeshare | $6,000.00 | Debtors to abandon |

(C.12) ESTATE OF BURSTEIN - CONFIRMATION NOT BINDING. TREATMENT & PAYMENT HELD IN ABEYANCE & DETERMINED BY SEPARATE ORDER PER 5/18/09 ORDER.

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection Payments: _n/a_

**UNSECURED DEBTS** totaling approximately $ 112123.53  PER CLAIMS REGISTER. DOESN'T INC. BURSTEIN CLAIM. Are to be paid in periodic payments to Creditors that have filed claims that are not disallowed: ___ IN FULL or APPROXIMATELY _36%_ PER 6/23/08 ORDER.

Total Attorney Fees Charged $ 2,500.00
Attorney Fees Previously Paid $ 720.00
Attorney Fees to be paid through the plan $ 1,780.00

Pay administrative costs and debtor's attorney fees Pursuant to Court Order and/or local rules.

Name/Address/Phone # of Vehicle Insurance Co./Agent

Telephone/Fax ___

Attorney for Debtor (Name/Address/Phone#/Email)
David L. Lord and Associates, P.A.
2300 24th Avenue
Gulfport, MS 39501
Telephone/Fax 228-868-5667/228-868-2554
Email Address lordlawfirm@bellsouth.net

DATE: 2/29/2008

DEBTORS SIGNATURE ___
JOINT DEBTOR'S SIGNATURE ___
ATTORNEY'S SIGNATURE ___

CHAPTER 13 PLAN, PAGE 2 OF __2__